IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYDIA NELSON,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>UNUM LIFE INSURANCE COMPANY  )<br>OF AMERICA.,  )<br> )<br>Defendant.  )<br> ) | 8:04CV503<br><br>ORDER OF DISMISSAL |

The matter before the court is the parties' joint stipulation for dismissal without prejudice, Filing No. 13. The court finds that this matter should be dismissed without prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's cause of action against the defendant is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 11th day of May, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge